JS-6

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:  (213) 894-3172
   Facsimile:  (213) 894-7177
   E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) CV 11-10326 MMM (VBKx) |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] |
| vs. | ) **CONSENT JUDGMENT OF FORFEITURE** |
| $106,968.97 IN BANK FUNDS SEIZED FROM ONE BANK OF AMERICA ACCOUNT, | ) |
| Defendant. | ) |

This civil forfeiture action was commenced on December 14, 2011 against defendant $106,968.97 in Bank Funds Seized from One Bank of America Account ("defendant funds").  Notice was given

1

and published in accordance with law.  Dale Plaine, Inc. claims an interest in the defendant funds, and has filed a claim in this case.  No other claims or answers have been filed, and the time for filing claims has expired.  The parties have reached an agreement that is dispositive of this action and hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1.   This Court has jurisdiction over the parties and the subject matter of this action.

2.   Notice of this action has been given in accordance with law.  All potential claimants to the defendant funds other than Dale Plaine, Inc. and its principals, i.e., its officers, directors and shareholders, are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient if true to establish a basis for forfeiture. Dale Plaine, Inc. and principals, i.e., its officers, directors and shareholders, deny the allegations in the Complaint.  Dale Plaine, Inc. is relieved of its obligation to file an answer in this litigation.

3.   The United States of America shall have judgment as to $42,787.59 of the defendant funds, with all interest earned by the government on the full amount of the defendant funds, and no other person or entity shall have any right, title or interest in such amount.  The Internal Revenue Service is ordered to dispose of said asset in accordance with law.

4.   The sum of $64,181.38 only, without interest, shall be returned to claimant Dale Plaine, Inc. by either check or wire transfer.  If the United States elects to make the payment by

1  check, the check will be payable to "Dale Plaine, Inc. and the
2  Parker, Milliken, Clark, O'Hara, Samuelian, Attorney Client
3  Trust Account," and mailed to Gary Ganchrow, Esq., 555 South
4  Flower Street, Thirtieth Floor, Los Angeles, California 90071.
5  If the United States elects to make the payment by wire
6  transfer, the funds will be wire transferred to the Parker,
7  Milliken, Clark, O'Hara, Samuelian, Attorney Client Trust
8  Account.  Claimant and its attorney shall provide any and all
9  information needed to process the return of these funds in
10 accordance with federal law.
11      5.   Claimant hereby release the United States of America,
12 its agencies, agents, officers and attorneys, including
13 employees and agents of the Internal Revenue Service, as well as
14 all agents, officers, employees and representatives of any state
15 or local government or law enforcement agency involved in the
16 investigation or prosecution of this matter, from any and all
17 claims, actions or liabilities arising out of or related to the
18 seizure of the defendant currency or the prosecution of this
19 action, including, without limitation, any claim for attorney's
20 fees, costs or interest which may be asserted on behalf of
21 claimant whether pursuant to 28 U.S.C. § 2465 or otherwise.
22      6.   The court finds that there was reasonable cause for
23 the seizure of the defendant funds and institution of these
24 proceedings.  This judgment shall be construed as a certificate
25 of reasonable cause pursuant to 28 U.S.C. § 2465.
26
27 Dated: March 16, 2012           *Margaret M. Morrow*
                                  HONORABLE MARGARET M. MORROW
28                                UNITED STATES DISTRICT JUDGE

```
 1                           CONSENT
 2       The parties hereto consent to the above Consent Judgment of
 3  Forfeiture and waive any right of appeal.
 4  DATED: March 16, 2012     ANDRÉ BIROTTE JR.
                              United States Attorney
 5                            ROBERT E. DUGDALE
                              Assistant United States Attorney
 6                            Chief, Criminal Division
                              STEVEN R. WELK
 7                            Assistant United States Attorney
                              Chief, Asset Forfeiture Section
 8
 9
                                    /S/
10                            ────────────────────────────
                              KATHARINE SCHONBACHLER
11                            Assistant United States Attorney
                              Attorneys for Plaintiff
12                            United States of America
13
    DATED: March 13, 2012     PARKER, MILLIKEN, CLARK, O'HARA,
14                            SAMUELIAN
15
                                    /S/
16                            ────────────────────────────
                              GARY GANCHROW, ESQ.
17                            Attorneys for DALE PLAINE, INC.
18
    DATED: March 13, 2012
19
                                    /S/
20                            ────────────────────────────
                              GREGORY B. MURCHLAND
                              PRESIDENT OF DALE PLAINE, INC.
21
22
23
24
25
26
27
28
                                  4
```